**GIRARDI | KEESE**
Thomas V. Girardi, State Bar No. 36603
Christopher Aumais, State Bar No. 249901
Alexandra T. Steele, State Bar No. 291399
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

**WILSHIRE LAW FIRM**
Bobby Saadian, State Bar No. 250377
Colin Jones, State Bar No. 265628
Daniel Miller, State Bar No. 302503
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES INC. DATA SECURITY BREACH LITIGATION | CASE NO.: 2:18-ml-2826-PSG (GJSx)<br><br>[Assigned to The Honorable Philip S. Gutierrez For All Purposes]<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF THOMAS V. GIRARDI, GIRARDI KEESE, AND BOBBY SAADIAN, WILSHIRE LAW FIRM, AS CO-LEAD COUNSEL** |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF THOMAS V. GIRARDI, GIRARDI KEESE, BOBBY SAADIAN, AND WILSHIRE LAW FIRM AS CO-LEAD COUNSEL**

**NOTICE OF MOTION AND MOTION**

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 13, 2018, in the courtroom of the Hon. Philip S. Guetierrez of the United States District Court for the Central District of California, located at 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012, Plaintiffs Alejandro Flores, Robert Comperini, Alan Salazar, Andrew Lozeau, Bridget Saidi, Nicole Stokes, Elaina Mohead, Matthew Scott, Marcus Brown (collectively, "*Lopez* Plaintiffs") and Girardi Keese and Wilshire Law Firm, will, and hereby do move the Court for an order appointing Girardi Keese and Wilshire Law Firm as plaintiffs' interim lead class counsel in this matter. *See*, *e.g*., Fed. R. Civ. P. 23(g).

This motion is based on the foregoing, this notice, the subjoined memorandum of points and authorities, the papers and records on file in this action, and other such written and oral argument as may be presented to the Court.

Dated August 13, 2018                          Respectfully submitted,


                                               /s/ *Thomas V. Girardi*
                                               Thomas V. Girardi


                                               /s/ *Bobby Saadian*
                                               Bobby Saadian
                                               *Attorneys For Plaintiffs*

1

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF THOMAS V. GIRARDI, GIRARDI KEESE, BOBBY SAADIAN, AND THE WILSHIRE LAW FIRM AS CO-LEAD COUNSEL**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. THE COURT SHOULD APPPOINT TOM GIRARDI AND BOBBY SAADIAN AS CO-LEAD COUNSEL

Plaintiffs propose a two firm co-lead structure comprised of Girardi Keese and Wilshire Law Firm. As discussed below, both firms hold the perfect combination of knowledge, experience, and diversity.

### A. Applicable standards

"Although Rule 23(g)(3) does not provide a standard for appointment of interim counsel, the court may consider the factors contained in Federal Rule of Civil Procedure 23(g)(1)." *White v. TransUnion, LLC*, 239 F.R.D. 681, 683 (C.D. Cal. 2006) (citing Manual for Complex Litigation (Fourth) § 21.11 (2004). The factors include: (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class." Fed. R. Civ. P. 23(g)(1)(A). Additionally, the Court may "consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1)(B). Specifically, in addition to the foregoing, it is important to have diversity within the leadership structure, as well as being inclusive of both young and more seasoned attorneys.

### B. The Rule 23 Class-Counsel Factors Favor The Appointment of Girardi Keese and Wilshire Law Firm

The considerations of Fed. R. Civ. P. 23(g)(1)(A), (B) and this Court's noted preferences favor Girardi Keese and Wilshire Law Firm's joint-application.

As to (i) work counsel has done: The *Lopez* case was the first filed case in the United States against Uber on this subject. The *Lopez* case is the most

1

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF THOMAS V. GIRARDI, GIRARDI KEESE, BOBBY SAADIAN, AND THE WILSHIRE LAW FIRM AS CO-LEAD COUNSEL**

developed case out of all of the other cases filed in this matter. Both Girardi Keese and Wilshire Law Firm's investigation to date includes conducting numerous interviews of Uber customers, engaging in discussions with technology experts, reviewing similar lawsuit dockets, compiling existing complaints, comparing causes of action, and comparing arbitration oppositions.

In addition, both Girardi Keese and Wilshire Law Firm have undertaken the identification and investigation of additional potential claims through the engagement of experts.

As to <u>(ii) counsel's experience</u>: Tom Girardi[1] has held leadership roles in countless litigations of a similar ilk as the instant matter, both in the class action context and the mass tort arena. Illustrative of Mr. Girardi's years of experience are the following successful resolutions:

- $4.85 billion settlement in the *Vioxx* drug litigation; lead settlement negotiation;
- $333 million settlement for the residents of Hinkley, California in a mass toxic tort case involving contaminated drinking water;
- $1.87 billion settlement during a prolonged jury trial, known as the "Sempra Energy Litigation";
- $1.7 billion settlement with El Paso Corporation on behalf of California consumers who suffered economic losses due to the manipulation of gas prices;
- $37.3 million settlement in the "Northridge Sales Tax Litigation";
- $545 million settlement in the Fogel v. Farmer's Group Inc. et al. litigation.

In addition to Mr. Girardi, Bobby Saadian is a premiere young lawyer with the following accolades to show for his outstanding work in the practice of law:

---

[1] Attached hereto is Thomas V. Girardi's Declaration in support of the instant motion.

2

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF THOMAS V. GIRARDI, GIRARDI KEESE, BOBBY SAADIAN, AND THE WILSHIRE LAW FIRM AS CO-LEAD COUNSEL**

Top 10 National Latino Trial Lawyers - The National Trial Lawyer; Most Influential Minority Lawyers - Los Angeles Business Journal; Southern California Rising Starts Up-And-Coming 100 - Super Lawyers; Southern California's Top Verdicts & Settlements - Super Lawyers; Southern California Rising Starts Up-And-Coming 100 - Super Lawyers; past President Top 40 Under 40 – the National Trial Lawyers; Top 100 Trial Lawyers – The National Trial Lawyers; AV Preeminent Rating – Martindale-Hubbell; Clients' Choice Award – Avvo; and the Top 25 Class Action Trial Lawyers – The National Trial Lawyers, among others. Mr. Saadian has also extensive experience in data breach cases like this one, including:

- *Ables v. Brooks Brothers*, No. 2:17-cv-04309 (C.D. Cal. 2017);
- *Pica v. Delta Air Lines Inc.*, *et al.*, No. 2:18-cv-02876 (C.D. Cal. 2018);
- *Feinstein v. Four Seasons Hotels Limited*, No. 2:18-cv-03351 (C.D. Cal.2018);
- *Balsamo v. Kimpton Hotel and Restaurant Group, LLC*, *et al.*, No. 2:18-cv-03356 (C.D. Cal. 2018);
- *Jackson v. Loew s Hotels, Inc.*, *et al.*, No. 5:18-cv-00827 (C.D. Cal. 2018);
- *Dupler v. Orbitz, LLC*, *et al.*, No. 2:18-cv-02303 (C.D. Cal. 2018);
- *Mekerdijian v. Saks Fifth Avenue LLC*, *et al.*, 2:18-cv-02649 (C.D. Cal. 2018);
- *Hsiao v. Sbe Ent Holdings, LLC*, *et al.*, 2:18-cv-03358 (C.D. Cal. 2018);
- *Cruz v. Two Roads Hospitality LLC*, *et al.*, 2:18-cv-03357 (C.D. Cal. 2018).

As to (iii) knowledge of applicable law: Both firms are well-versed in applicable California common and statutory law. Further, the firms are equally versed in the laws of other states, as well as the ways they can be grouped for purposes of establishing predominance and manageability. As mentioned above, the firms are very experienced in data breach class actions.

As to (iv) resources that counsel will commit: The firms can and will commit all the resources necessary to litigate this case. Girardi Keese has been in existence for more than four decades. Seventy percent of the lawyers have been employed with Girardi Keese for more than 17 years. Similar percentages apply to the administrative staff. Girardi Keese has thirty lawyers, ten law clerks, ten data entry staff, and an administrative staff of forty employees. Girardi Keese is properly staffed to handle complicated matters such as this. Although Girardi Keese has major cases all over the country, the fact that it has a California presence will be helpful in this case. Further, Wilshire Law Firm has rapidly grown into a powerhouse, with more than 90 employees. Wilshire Law has a large staff built to support litigation of this kind.

Both law firms have several talented younger lawyers dedicated to this litigation. To name a couple:

Mr. Christopher Aumais has tried over 25 cases to verdict, including the *Stow v. Dodger's* case for which Mr. Girardi and Mr. Aumais secured a verdict of $18 million for their client, Bryan Stow. In addition to his work on single plaintiff cases, Mr. Aumais was instrumental most recently in the *Acosta v. Shell Oil* and *Aguirre v. James Bolch et al.* (Exide) mass tort litigations and has been nominated twice for trial lawyer of the year by Consumer Attorneys of California.

Ms. Alexandra Steele has been working for Girardi Keese since law school. During the course of her tenure, she has tried two cases to verdict, taken over 100 depositions, and defended over 200 depositions in consumer class actions,

personal injury, and intellectual property cases. Most recently, Judge Brian Walsh in San Jose granted certification on a consumer class action for which Ms. Steele both briefed and argued the motion.

Girardi Keese and Wilshire Law Firm team presents both a wide range of experience and capability but also diversity in age, gender and background, all of which is imperative to a litigation of this nature.

## II.     CONCLUSION

For the foregoing reasons, counsel for the *Lopez* Plaintiffs respectfully request that the Court grant their application and appoint Thomas V. Girardi of Girardi Keese and Bobby Saadian of Wilshire Law Firm as interim Co-Lead Counsel.

Dated August 13, 2018                              Respectfully submitted,


/s/ *Thomas V. Girardi*
Thomas V. Girardi
Girardi Keese


/s/ *Bobby Saadian*
Bobby Saadian
The Wilshire Law Firm
*Attorneys for Plaintiffs*

5

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF THOMAS V. GIRARDI, GIRARDI KEESE, BOBBY SAADIAN, AND THE WILSHIRE LAW FIRM AS CO-LEAD COUNSEL**

**CERTIFICATE OF SERVICE**

I, Bobby Saadian, hereby certify that on August 13, 2018, the foregoing **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF THOMAS V. GIRARDI, GIRARDI KEESE, BOBBY SAADIAN, AND THE WILSHIRE LAW FIRM AS CO-LEAD COUNSEL** was filed electronically through the CM/ECF system, copies of which were sent by First Class Mail to anyone unable to accept them via the electronic filing system.

By: /s/ Bobby Saadian
Bobby Saadian

1

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF THOMAS V. GIRARDI, GIRARDI KEESE, BOBBY SAADIAN, AND THE WILSHIRE LAW FIRM AS CO-LEAD COUNSEL**