# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ML 18-2826 PSG (GJSx)<br>CV 17-8503 PSG (GJSx)<br>CV 18-0263 PSG (GJSx)<br>CV 18-2995 PSG (GJSx) | Date | September 13, 2021 |
|---|---|---|---|
| Title | In Re: Uber Technologies, Inc., Data Security Breach Litigation<br>Alejandro Flores v. Rasier LLC et al.<br>Jaideep Chadha et al. v. Uber Technologies, Inc. et al.<br>William Grice v. Uber Technologies Inc. | | |

**Present: The Honorable** Philip S. Gutierrez, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** **Order re: Joint Status Report on Arbitration Proceedings and Status Conference**

In the above captioned cases, the Court set a status conference for September 17, 2021. The Court hereby **CONTINUES** the status conference to **December 17, 2021** at 1:30pm.

For each case, the parties are **ORDERED** to submit a joint status report providing an update on the respective arbitration proceedings no later than **December 3, 2021**.

**IT IS SO ORDERED.**